# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-224-378**

**Effective Date of Registration:**
October 22, 2015

## Title

Title of Work: 439 cigar art photos volume 1

## Completion/Publication

Year of Completion: 2015

## Author

- Author: Bryan Glynn
  Author Created: photograph
  Work made for hire: No
  Citizen of: United States
  Domiciled in: United States
  Year Born: 1974

## Copyright Claimant

Copyright Claimant: Bryan Glynn
5318 Bob White Dr, Holiday, FL, 34690

## Rights and Permissions

Name: Bryan Glynn
Email: bryan@bgpictures.com
Telephone: (727)946-1000
Address: 5318 Bob White Dr
Holiday, FL 34690

## Certification

Name: Bryan E. Glynn
Date: October 22, 2015

---

Copyright Office notes: Basis for Registration: Regarding registration of multiple works, registered as an