# Exhibit 2



HOME

ABOUT

CIGARS

EVENTS

MEMBERSHIP

GALLERIES

CONTACT

Text BURN to 90105

for discounts & promotions

QUICK CONTACT

Site Design by EqualsE



# OUR CIGAR LIST

A carefully selected variety for all tastes

| | | |
|---|---|---|
| Arturo Fuente | Rocky Patel | Romeo y Julieta |
| Padron | Montecristo | |
| Ashton | Gurkha | Punch |
| CAO | Acid | Saint Luis Rey |
| Camacho | Tatiana | Zino |
| Davidoff | San Lotano | Alec Bradley |
| Griffins | Joya de Nicaragua | La Aroma de Cuba |
| AVO | Sam Leccia | My Uzi Weigs a Ton |
| Cusano | Kristoff | La Flor Dominicana |
| Nica Rustica | Cohiba | |
| Undercrown | Partagas | Sean Williams' La Hermandad |

Tabak

"THERE'S SOMETHING ABOUT HAVING A GREAT BOTTLE OF WINE AND A GREAT CIGAR. NOTHING COMPARES TO IT."

- D.L. Hughley -