Majestic Process 1008 North Lakeside Drive, Lake Worth, Florida 33460  561 533-0330

## Return of Service

Case No: 2:18 cv 02009                Court: United States District, Western Tennessee

Plaintiff: BRYAN GLYNN

Defendant: BURNING DESIRE LLC d/b/a BURNING DESIRE CIGAR EMPORIUM

Hearing Date: 21 days
Writ: Summons, Complaint for Copyright Infringement, Exhibits
For: Joel B Rothman
     Schneider Rothman IP Law Group, PLLC

TO BE SERVED ON:     BURNING DESIRE LLC d/b/a BURNING DESIRE CIGAR EMPORIUM
                     c/o Registered AGent Mr. Robb Hunter
                     95 South Main Street, #204, Memphis, Tennessee 38103

Majestic Process received this process on January 4, 2018 at 4:30 p.m.

I, __Mark Davidson__, executed service on __January 11th__ 20__18__.
at __1:50__ am/(pm)
   I delivered a copy of this process in accordance with state statutes in the manner below:

____CORPORATE SERVICE:  Served __Robb Hunter__ as
                                __Robb Hunter - Reg. Agent__

____NON SERVICE:  For the reasons in the comments below.

DESCRIPTION: sex __M__ age_____ race __Blk__ height __5'10__ weight __230__ hair __Bald__
                              eyes_____ other marks _____
COMMENTS:

I certify that I am over the age of 18, have no interest in the above action, and have proper authority in the jurisdiction in which this service was made.  Under penalty of perjury, I declare that the facts set forth in the foregoing Return of Service are true and correct.

*Mark Davidson* (signature)

Process Server #_____
In Good Standing in the Court
in which this was served