# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

### CASE NO.: 2:18-cv-02009-JPM-cgc

BRYAN E. GLYNN,

    Plaintiff,

v.

BURNING DESIRE, LLC,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff BRYAN E. GLYNN, by and through his undersigned counsel, hereby notifies the Court that the parties have reached a settlement and requests until September 6, 2018 in which to file a Stipulation of Dismissal.

Dated: August 8, 2018

                                                */s/Joel B. Rothman*
                                              JOEL B. ROTHMAN
                                              joel.rothman@sriplaw.com

                                              **SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP PLLC**
                                              4651 N. Federal Hwy
                                              Boca Raton, FL 33431
                                              561.404.4350 – Telephone
                                              561.404.4353 – Facsimile

                                              *Counsel for Plaintiff Bryan E. Glynn*

2

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on August 8, 2018, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

>                             */s/Joel B. Rothman*
>                             JOEL B. ROTHMAN

## SERVICE LIST

Mr. Taurus Bailey
Law Office of Taurus Bailey
22 North Front Street
Suite 1060
Memphis, TN 38103
tbaileylawoffice@gmail.com

Attorneys for Burning Desire, LLC